IN THE MATTER OF THE WILL OF ELISABETH MUELLER.

Mr. *Milton T. Lasher* for the petitioner.

Mr. *Samuel A. Larner* for the respondent.

February 4, 1965. Denied.

CITY OF CLIFTON, *ET AL.*, RESPONDENTS, v. PASSAIC COUNTY BOARD OF TAXATION, PETITIONER.

Mr. *Herbert S. Alterman* for the petitioner.

Mr. *Sam Monchak, Mr. Nicholas G. Mandak* and *Mr. Adolph Romei* for the respondents.

February 4, 1965. Denied.